2011R01144/dw

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 12-78 (JBS) |
| v. | : | HON. JEROME B. SIMANDLE |
| CHARLES ARMSTEAD,<br>   a/k/a "Rawus Jamus" | : | |

<u>UNSEALING ORDER</u>

This matter having come before the Court on the application of the United States of America (R. David Walk, Jr., Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed; and for good cause shown,

IT IS ON this **2nd day of February 2012**,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.

_____
HON. JEROME B. SIMANDLE
UNITED STATES DISTRICT JUDGE